1802.

SPALDING
v.
HUNTING-
TON.

position, the authorities cited in the margin were relied on.(a)

*Baldwin* and *Smith*, (of New-Haven) for the defendants in error, claimed, that as to the land in question, the will vested a fee-simple in *William;* and that the limitation in the clause respected only the house, &c. and not the former pieces of land.

THE COURT decided, that the interest of the testator, apparent on the face of the will, was to give a fee-simple to *William* in the land in question; and, therefore,

Affirmed the judgment.

(a) 3 *Keble* 49.
 3 *Burr.* 1898, *Oates* and *Wigfall* v. *Brydon.*
 6 *Rep.* 16, *Collier's case.*
 2 *Ld. Raym.* 831, *Cole* v. *Rawlinson.*
 1 *Bro. Ch. Ca.* 472, *Fonnereau* v. *Byntz.*
 *Goldsb.* 99.
 *Prec. Ch.* 71. *Cooper* v. *Williams.*
 *Pow. on Dev.* 518.

# Dickinson *v.* Harrison.

### In the Court below,

SOLOMON HARRISON, and SUSANNAH, his wife, *Plaintiffs;*
SYLVANUS DICKINSON, *Defendants.*

In *indebitatus assumpsit* for money had and received, plaintiff may declare generally.

ACTION of *indebitatus assumpsit*, declaring, that on the 2d of October, 1795, the defendant was indebted to the said *Susannah*, then a feme sole, but since married to the said *Solomon*, in the sum of $120, for so much money, before that time, had and received of one *Bristol*, to and for the use of the said *Susannah*, being the avails of certain lands, which she conveyed to the defendant, on

the 24th of March, 1794, and which he sold to said *Bristol*, and received payment therefore, previous to, and on, said 2d of October, 1795. The declaration concluded, by raising an *assumpsit*, in common form.

The general issue was pleaded, and closed to the Court. Judgment, that the defendant did assume, and damages assessed.

Error assigned, that the declaration was insufficient.

*Ingersoll* and *Staples*, for the plaintiff in error, urged, that the declaration was too general ; and, that it did not appear, by the special circumstances stated, but that the defendant below had a right to retain the money.

*Daggett* and *W. Hillhouse*, for the defendants in error.

By the whole Court,

The judgment was affirmed.

1802.
———
Dickinson
*v.*
Harrison.

# Sterry *v.* Robinson.

In the Court below,

William Robinson and Sylvester Robinson, *Plaintiffs* ; Stephen Sterry, *Defendant.*

ACTION of *assumpsit*, on a bill of exchange.

The declaration stated, that the defendant, at the Island of St. Vincents, in the West-Indies, drew a bill of exchange directed to *Josiah Raymond*, meaning *Joshua*

the bill, of the christian name of the drawee, is immaterial, if the bill be presented to the right person.

*Marginal note:* If a bill of exchange is not accepted, an action will lie upon it, against the drawer, before the time when it is payable. A mistake, in